

September 25, 2023

Via Electronic Filing
David J. Smith
Clerk of Court
U.S. Court of Appeals for the 11th Circuit
56 Forsyth St. N.W.
Atlanta, Georgia 30303

**Re:**     **Nos. 22-11014 & 22-11734 (*Tanethia Holden v. Holiday Inn Club Vacations, Inc. and Mark S. Mayer v. Holiday Inn Club Vacations, Inc.*)**

Dear Clerk,

We write to bring this Court's attention to the Eleventh Circuit's decision in *Milgram v. Chase Bank USA, N.A.*, 72 F.4th 1212 (11th Cir. 2023).

In *Milgram*, the Court recently reiterated two necessary components for a successful FCRA claim. "*First*, a plaintiff cannot recover on a § 1681s-2(b) claim without identifying inaccurate or incomplete information that the furnisher provided to the reporting agency. And *second*, to prove an investigation was unreasonable, a plaintiff must point out 'some facts the furnisher could have uncovered that establish that the reported information was, in fact, inaccurate or incomplete.'" *Id.* at 1218 (emphasis in original).

Under the standard articulated in *Milgram*, the Court should affirm. The district court, via two different judges, concluded that the Appellants' claims fail for the absence of a cognizable inaccuracy under the FCRA. (Appellee Response Brief, pp. 21-22). The unresolved contractual disputes between the parties constitute unresolved legal disputes, not actionable inaccuracies under the FCRA. (*Id.* at p. 16).

Moreover, the *Milgram* concurrence is apt. The Appellants did not seek declaratory relief before pursuing FCRA litigation. *Milgram*, 72 F. 4th at 1222 (Rosembaum, J., concurring) ("[t]he better route, in my view, is for Milgram to sue Chase for a declaration that she doesn't owe Chase money, that Milgram and Williams never had a principal-agent relationship, and that Chase didn't reasonably rely on automated payments. With that declaration in hand, Milgram (or any litigant) would have a much stronger cudgel with which to force a furnisher to stop reporting debt to a reporting agency.").

Bitman O'Brien & Morat, PLLC
Phone: 844-Bitman-Law (844-248-6265)
Web: bitman-law.com
Social: @bitmanlawfirm

Orlando
Miami
Tampa
Fort Lauderdale

Sincerely,

BITMAN, O'BRIEN & MORAT, PLLC

By: **/s/ Allison Morat**
Allison Morat, Esquire

Phone: 844-Bitman-Law (844-248-6265)
Web: bitman-law.com
Social: @bitmanlawfirm

