**Nos. 22-11014 & 22-11734**

# In the United States Court of Appeals for the Eleventh Circuit

---

TANETHIA HOLDEN,
*Plaintiff-Appellant*,

v.

HOLIDAY INN CLUB VACATIONS INCORPORATED,
F/K/A ORANGE LAKE COUNTRY CLUB, INC.,
*Defendant-Appellee*,

*and*

MARK S. MAYER,
*Plaintiff-Appellant*,

v.

HOLIDAY INN CLUB VACATIONS INCORPORATED,
F/K/A ORANGE LAKE COUNTRY CLUB, INC.,
*Defendant-Appellee*.

---

On Appeal from the United States District Court for the Middle District of Florida
Case No. 6:19-cv-02373-CEM-EJK (Hon. Carlos E. Mendoza)
Case No. 6:20-cv-02283-GAP-EJK (Hon. Gregory A. Presnell)

## MOTION FOR LEAVE TO WITHDRAW NEIL K. SAWHNEY AS COUNSEL

MATTHEW W.H. WESSLER
GUPTA WESSLER LLP
2001 K Street, NW
Suite 850 North
Washington, DC 20006
(202) 888-1741
*matt@guptawessler.com*

November 17, 2023                                   *Counsel for Plaintiffs-Appellants*

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to 11th Circuit Rule 26.1-2(b), the appellants certify that the certificate of interested persons filed in their opening brief is correct and complete.

Dated: November 17, 2023                    */s/ Matthew W.H. Wessler*
                                            Matthew W.H. Wessler

Appellants' counsel Matthew W.H. Wessler moves for leave to withdraw Neil K. Sawhney's appearance of counsel in the above matters and in support states as follows:

1. On August 18, 2022, attorney Neil K. Sawhney filed an appearance as appellants' co-counsel in these cases. Holden Dkt. 25; Mayer Dkt. 14.

2. Mr. Sawhney no longer works for the firm retained as counsel for appellants in this matter, Gupta Wessler LLP, and current counsel therefore seeks leave to withdraw his appearance.

3. Appellants are still represented by undersigned counsel Matthew W.H. Wessler, who has an appearance on file in this matter, and the law firm Gupta Wessler LLP.

WHEREFORE, Matthew W.H. Wessler moves for leave to withdraw Neil K. Sawhney's appearance of counsel for appellants.

November 17, 2023

Respectfully submitted,

*/s/ Matthew W.H. Wessler*
MATTHEW W.H. WESSLER
GUPTA WESSLER LLP
2001 K Street, NW
Suite 850 North
Washington, DC 20006
(202) 888-1741
matt@guptawessler.com

*Counsel for Plaintiffs-Appellants*

1

## CERTIFICATE OF COMPLIANCE

This brief complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2) because this motion contains 127 words excluding the parts of the motion exempted by Rule 32(f). This motion complies with the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6) because this motion has been prepared in proportionally spaced typeface using Microsoft Word in 14-point Baskerville font.

November 17, 2023                               */s/ Matthew W.H. Wessler*
                                                Matthew W.H. Wessler

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2023, I electronically filed the foregoing motion with the Clerk of the Court for the U.S. Court of Appeals for the Eleventh Circuit by using the CM/ECF system. All participants are registered CM/ECF users and will be served by the appellate CM/ECF system.

*/s/ Matthew W.H. Wessler*
Matthew W.H. Wessler
